NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DEAN T. HARA,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2009-3134

---

Petition for review of the Merit Systems Protection Board in PH0831080099-I-2.

---

**ON MOTION**

---

**ORDER**

Dean T. Hara moves without opposition to continue the stay of the briefing schedule in this petition for review pending final disposition of a related district court case, *Gill et al. v. Office of Personnel Management*, 1:09-CV-10309-JLT (D. Mass.) and any appeals thereof.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted and the briefing schedule remains stayed. Hara is directed to file a status report with this court every 90 days concerning the status of the related litigation. Hara is also directed to inform this court within 30 days of the disposition of any appeals from the district court's judgment.

FOR THE COURT

**OCT 1 5 2010**

Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Cathy A. Harris, Esq.
Hillary A. Stern, Esq.

S8

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**OCT 1 5 2010**

**JAN HORBALY
CLERK**